UNITED STATES DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF SOUTHERN DISTRICT
----------------------------------------------------------------------X  Index No.   08 CV 01057
MARY VIRGINIA HOLDSWORTH,

                     Plaintiff(s)
    Against                                                             Affidavit of Service of

CAB EAST, LLC., AND SUZANNE W. SEGALAS, ET AL,               Summons and Complaint

                     Defendant(s)
----------------------------------------------------------------------X
STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at BRONX, NY

That on February 14, 2008 at 07:05 PM at the address

      88 VILLAGE ROAD
      NEW VERNON, NJ 07976

deponent served the within Summons and Complaint

UPON:  **SUZANNE W. SEGALAS**

By personally delivering a true copy of the Summons and Complaint to said served.
Deponent knew the person so served to be the defendant described therein.


Deponent describes the person actually served as follows:
SEX:      FEMALE
SKIN:     White
HAIR:     Blonde
AGE:      36-50
HEIGHT: 5'4"-5'8"
WEIGHT: 131-160


X     I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence, upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal statutes.

                                                                                 ANGELO RODRIGUEZ
Sworn to before me this 20th day of February, 2008            LICENSE NO.: 1000177

ANA E SANCHEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO: 01SA5067260
QUALIFIED IN BRONX COUNTY
COMMISSION EXPIRES: October 15, 2010