**ORIGINAL**

MAR. 13. 2008 1:41PM

Fax sent by : 212 612 4073         H X T & E          03-13-08 12:44 Pg: 2/2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
MARY VIRGINIA HOLDSWORTH,              Index No. 08-CV-
                                       01057
              Plaintiff,

       v.                              STIPULATION EXTENDING
                                       TIME TO ANSWER
CAB EAST, LLC, AND SUZANNE W. SEGALAS, COMPLAINT

              Defendants.
---------------------------------x

IT IS HEREBY STIPULATED AND AGREED, that the time for the Defendants, Suzanne W. Segalas and Cab East, LLC, to answer the Complaint herein, or address any motion thereto, be, and the same hereby is extended to and including April 14, 2008.

IT IS FURTHER STIPULATED AND AGREED, that the defendant(s), will not raise the affirmative defense of lack of personal jurisdiction.

DATED: March 13, 2008
       New York, New York

_____
Hoey, King, Toker & Epstein
Attorneys for Defendants
Suzanne W. Segalas and Cab East, LLC
55 Water Street, 29th Floor
New York, New York 10041-2899
(212) 612-4200

_____
Weitz & Luxenberg, P.C.
Attorneys for Plaintiff Mary Virginia Holdsworth
180 Maiden Lane, 17th Floor
New York, New York 10038
(212) 558-5500

SO ORDERED: _Louis L. Stanton_
            3/14/08