```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x     08 CV 01057
MARY VIRGINIA HOLDSWORTH,

              Plaintiff,                     FEDERAL RULE 7.1
                                                 STATEMENT
      v.

CAB EAST, LLC, AND SUZANNE W. SEGALAS,

              Defendants.
---------------------------------------x
```

Pursuant to Federal Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Suzanne W. Segalas and Cab East, LLC, certifies that the following are corporate parents, subsidiaries, or affiliates of that party: NONE.

DATED: April 14, 2008
       New York, New York

                                      Yours, Etc.

                                      HOEY, KING, TOKER & EPSTEIN
Attorneys for **Defendants**
**SUZANNE W. SEGALAS AND CAB EAST, LLC**
Office and Post Office Address
55 Water Street, 29th Floor
New York, New York 10041-2899
(212) 612-4200

By: _____
Gregory E. Walthall (4904)

To:

Weitz & Luxenberg, P.C.
Gary R. Klein, Esq.
Attorneys for Plaintiff, Mary Virginia Holdsworth
180 Maiden Lane, 17th Floor
New York, New York 10038