# WEITZ & LUXENBERG

A PROFESSIONAL CORPORATION

• LAW OFFICES •

180 MAIDEN LANE • NEW YORK, N.Y. 10038-4925
TEL. 212-558-5500        FAX 212-344-5461
WWW.WEITZLUX.COM

PERRY WEITZ
ARTHUR M. LUXENBERG
ROBERT J. GORDON ††
EDWARD S. BOSEK
AMBRE J. BRANDIS
EDWARD BRANIFF ††
JOHN M. BROADDUS ∗
DANIEL C. BURKE
PATTI BURSHTYN ††
LISA NATHANSON BUSCH
DAVID A. CHANDLER
EILEEN CLARKE
THOMAS COMERFORD ††
ADAM R. COOPER
TERESA A. CURTIN ▲▲
BENJAMIN DARCHE

CHARLES M. FERGUSON
STEVEN J. GERMAN ▲
LAWRENCE GOLDHIRSCH · º
ROBIN L. GREENWALD □ ⋅⋅
EDWARD J. HAHN *
MARIE L. IANNIELLO †º
ERIK JACOBS
GARY R. KLEIN ††
GLENN KRAMER ‡‡
JERRY KRISTAL ∞§
DEBBI LANDAU
JAMES C. LONG, JR. ∞
CURT D. MARSHALL ‡

HADLEY L. MATARAZZO ††
RICHARD S. MCGOWAN * ‡‡ ‡
KEITH M. O'CONNOR
MICHAEL E. PEDERSON
PAUL J. PENNOCK ‡
STUART S. PERRY *
ELLEN RELKIN * ▲
STEPHEN J. RIEGEL ††
MICHAEL P. ROBERTS
CHRIS ROMANELLI ††
DAVID ROSENBAND
JIM R. ROSS ○
JESSICA B. RUSSELL

SHELDON SILVER *
FRANKLIN P. SOLOMON ¶
LEMUEL M. SROLOVIC
JAMES S. THOMPSON ††
DOUGLAS D. von OISTE ‡
WILLIAM A. WALSH ††
JOSEPH P. WILLIAMS
NICHOLAS WISE
ALLAN ZELIKOVIC
GLENN ZUCKERMAN

· Of Counsel
† Also admitted in CT
* Also admitted in FL
‡‡ Also admitted in MA
†† Also admitted in NJ
∞ Also admitted in DC
§ Also admitted in NJ and CT
⋅⋅ Also admitted in NJ and PA
▲ Also admitted in NJ and DC
▲▲ Also admitted in NJ and ME
□ Also admitted in DC and TX
∗ Also admitted in DC, VA
¶ Admitted only in NJ and PA
♦ Admitted only in NJ
※ Admitted only in DC, MD, PA and VA
■ Admitted only in CO
** Admitted only in IL
○ Admitted only in TX

April 22, 2008

**HOEY, KING, TOKER & EPSTEIN**
55 Water Street, 29th Floor
New York, New York 10041-2899
**Attn: Gregory E. Walthall, Esq.**

                **RE: Holdsworth v. Cab East, et. Al ( 08 CV 01057)**

Dear Mr. Walthall:

      This letter serves to confirm that we have provided you with a copy of the Court's February 11, 2008; Order For Conference Pursuant to Rule 16 (b) as well as a copy of the Honorable Louis L. Stanton's rules.

      Thank you for your attention to this matter.

                                                Sincerely,

                                               WEITZ & LUXENBERG, P.C.

                                               BY: _____
                                                  **GARY KLEIN (GK-5632)**

NW/cc

      cc:    **Honorable Louis L. Stanton**
               United States District Court
               500 Pearl Street, RM 2250
               New York, New York 10007

---

*215 South Monarch Street, Suite 202*        *210 Lake Drive East, Suite 101*        *76 South Orange Avenue, Suite 305*        *100 E 15th Street, Suite 400*
*Aspen, CO 81611*        *Cherry Hill, NJ 08002*        *South Orange, NJ 07079*        *Fort Worth, Texas 76102*
*(970) 925-6101*        *(856) 755-1115*        *(973) 761-8995*        *(817) 885-7815*


2179-123