UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARY VIRGINIA HOLDSWORTH,   CV 01057/08

                  Plaintiff,

        -against-   STIPULATION OF
                              DISCONTINUANCE

CAB EAST, LLC., and SUZANNE W.
SEAGALAS,

                  Defendants,
-----------------------------------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all parties to the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of this action, the above entitled is hereby discontinued with prejudice by plaintiff against defendants, without costs to either party as against the other.

    **This Stipulation may be filed with the Clerk of the Court without further notice.**

Dated: New York, New York
         July 2, 2008

WEITZ & LUXENBERG, P.C.                    HOEY KING TOKER & EPSTEIN

By: _____               By: _____
Gary Klein, Esq.                            Gregory E. Walthall, Esq.
Attorneys for Plaintiff                     Attorneys for Defendants
180 Maiden Lane, 17th Floor                 Cab East, LLC &
New York, New York 10038                    Suzanne W. Segalas
212-558-5500                                55 Water Street
                                            New York, New York 10041
                                            212-612-4200

LAW OFFICES
OF
WEITZ
&
LUXENBERG, PC
180 MAIDEN LANE
NEW YORK, N.Y 10038

So Ordered: _Louis L. Stanton_
                 USDJ  7/28/08